UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 19-CR-20141-SHL |
| vs. ) | |
| ) | |
| MAURICE VAUGHN, ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have **Maurice Vaughn RNI# 396275**, now being detained at the SHELBY COUNTY CORRECTIONAL FACILITY, MEMPHIS, TN, 1045 MULLINS STATION RD. MEMPHIS, TN 38134., appear before Honorable United States Magistrate Judge Charmiane G. Claxton, on Monday, June 3, 2019, at 2:00 p.m. for an **Initial Appearance** and for such other appearances as this Court may direct.

Respectfully submitted this **28th** day of May, 2019.

s/Wendy K. Cornejo
WENDY K. CORNEJO
Assistant U. S. Attorney

Upon consideration of the foregoing Application, JEFF HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN 38103; ANTHONY ALEXANDER, DIRECTOR OF SHELBY COUNTY CORRECTIONAL FACILITY, MEMPHIS, TN, 1045 MULLINS STATION RD. MEMPHIS, TN 38134.

YOU ARE HEREBY COMMANDED to have **Maurice Vaughn RNI# 396275**, appear before the Honorable United States Magistrate Judge Charmiane G. Claxton at the date and time aforementioned.

ENTERED this **28th** day of May, 2019.

s/ Tu M. Pham
Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."