*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee   38301* |
| *(901) 495-1200* | *(713) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Sheryl H. Lipman, United States District Judge**

June 10, 2019

RE:   2:19-cr-20141-1-SHL
*USA v. MAURICE VAUGHN*

Dear Sir/Madam:

A **REPORT DATE** has been set before **Judge Sheryl H. Lipman** for **FRIDAY, JUNE 21, 2019** at **1:15 P.M.** in **Courtroom No. 1** on the **11th floor** of the **Federal Building, Memphis, Tennessee.**

The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance <u>and</u> the defendant files a written waiver of appearance in advance of the Report Date. At the Report Date, a schedule will be set for this case. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

If you have any questions about this matter, please contact the case manager at the telephone number or email address provided below.

1

Sincerely,
THOMAS M. GOULD, CLERK
BY:     *s/Joseph P. Warren*,
        Courtroom Deputy Supervisor
        901-495-1242
        joseph_warren@tnwd.uscourts.gov