# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF
# TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 19-CR-20141-SHL |
| | ) | |
| vs. | ) | |
| | ) | |
| MAURICE VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS
## INDICTMENT

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney and Wendy K. Cornejo, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment against Maurice Vaughn.

**WHEREFORE,** the United States hereby moves this Court to dismiss the charges in indictment 19-CR-20141, as related to Maurice Vaughn.

    Respectfully Submitted,

    D. MICHAEL DUNAVANT
    United States Attorney


    /s *Wendy K. Cornejo* _____
    WENDY K. CORNEJO
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

   I, Wendy K. Cornejo, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney, Serena Gray, Assistant Federal Defender, 200 Jefferson Avenue, Suite 200, Memphis, TN 38103.

               /s *Wendy K. Cornejo* _____
               WENDY K. CORNEJO
               Assistant United States Attorney